AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*July 09, 2026*

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jaime Ernesto Proano-Gomez | ) | Case No. **4:26-mj-452** |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ June 17, 2026, _____ in the county of _____ Harris _____ in the
_____ Southern _____ District of _____ Texas _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 49 U.S.C. § 46307 | Violating National Defense Airspace |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Complainant's signature*

Mario S. Aguilar, FBI Special Agent
*Printed name and title*

Sworn to by telephone.

Date: _____ July 09, 2026 _____

*Judge's signature*

City and state: _____ HOUSTON, TEXAS _____

Hon. Richard W. Bennett, U.S. Magistrate Judge
*Printed name and title*

**4:26-mj-452**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Mario S. Aguilar, having been duly sworn, declare and state the following:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a federal law enforcement officer within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. I am duly appointed as a Special Agent for the Federal Bureau of Investigation (FBI) and have been so employed since April 1995.  As a Special Agent, I have investigated a variety of federal offenses, including Violent Crimes, Public Corruption Matters, Organized Crime Theft Rings and Fraud Against the Government.   During my career, my investigations have included the use of various surveillance techniques and the execution of various search, seizure, and arrest warrants. I am currently assigned to the Houston Health Care Fraud Squad WC-6 with a focus on Medicaid and Medicare fraud.  I also received two hours of FBI training specifically focused on Unmanned Aircraft Systems (UAS) and drone usage in and around Temporary Flight Restriction (TFR) areas.

2.      I have personally participated in this investigation and am familiar with the facts contained in this affidavit through personal investigative knowledge.  The facts set forth in this affidavit are based upon my personal observations, my experience, and discussions with multiple Agents investigating this incident.  This affidavit is intended to show there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

3.      I make this affidavit in support of a summons for Jaime Ernesto Proano-Gomez (PROANO).

4.      Based on the facts set forth in this affidavit, I submit there is probable cause to believe that PROANO violated Title 49, United States Code, Section 46307 by knowingly and

1

willfully violating national defense airspace, that is, flying an Unmanned Aircraft System (UAS) within a Temporary Flight Restriction (TFR) zone.

## DEFINITIONS

5.    Title 14 ("Aeronautics and Space"), Code of Federal Regulations, Section 1.1 defines the following terms used in this affidavit:

a.    "Aircraft" means a device that is used or intended to be used for flight in the air.

b.    "Unmanned aircraft" means an aircraft operated without the possibility of direct human intervention from within or on the aircraft.

c.    "Small unmanned aircraft" means an unmanned aircraft weighing less than 55 pounds on takeoff, including everything that is on board or otherwise attached to the aircraft.

d.    "Small Unmanned Aircraft System" (small UAS) means a small unmanned aircraft and its associated elements (including communication links and the components that control the small unmanned aircraft) that are required for the safe and efficient operation of the small unmanned aircraft in the national airspace system.

## BACKGROUND AND APPLICABLE LAW

6.    The Federal Aviation Administration (FAA) is an agency within the United States Department of Transportation responsible for the control and use of navigable airspace within the United States. The FAA created the National Airspace System (NAS) to protect persons and property on the ground, and to establish a safe and efficient airspace for civil, commercial, and military aviation. In the FAA Modernization and Reform Act of 2012, the FAA was charged with safely integrating UAS, commonly referred to as "drones," into the NAS.

2

7.     The FAA offers a Remote Pilot Certificate program (Title 14 - Part 107), which is designed to establish an individual's understanding of the regulations, operating requirements, and procedures for safely flying drones. To obtain the Remote Pilot Certificate, the individual must pass an aeronautical knowledge test that covers, among other topics, airspace classification and operating requirements, and flight restrictions affecting small unmanned aircraft operation. All individuals flying with the intention of being monetarily compensated are required to have a current Part 107 Certificate.

8.     Title 49, United States Code, Section 44809(a)(7), exception for limited recreational operations of unmanned aircraft, requires the operator of a small UAS pass an aeronautical knowledge and safety test and maintain proof of test passage to be made available to the Administrator or law enforcement upon request. To satisfy this requirement, the FAA developed The Recreational UAS Safety Test (TRUST), which provides education and testing on important safety and regulatory information. Individuals flying a small UAS recreationally under the exception for recreational flyers must pass this test before flying.

9.     Title 49, United States Code, Section 40103(b)(3) requires the Administrator of the FAA, in consultation with the Secretary of Defense, to establish areas in the airspace the Administrator decides are necessary in the interest of national defense; and by regulation or order, restrict or prohibit flight of civil aircraft that the Administrator cannot identify, locate, and control with available facilities in those areas.  A TFR is a regulation that temporarily restricts certain aircraft from operating within a defined area in order to protect people or property in the air or on the ground.

10.     Pursuant to § 40103(b)(3), between June 9 and July 19, 2026, the FAA issued a TFR that prohibited all unmanned aircraft from operating within the defined geographical zone

3

within Houston, TX without prior approval from the FAA.[1]  Pursuant to § 40103(b)(3), the FAA classified the airspace within this TFR as "National Defense Airspace" in NOTAM (written notification) 6/6447.

11.     Title 49, United States Code, Section 46307 prohibits a person from knowingly or willfully violating 49 U.S.C. § 40103(b)(3), or a regulation prescribed or order issued under § 40103(b)(3).

**FACTS ESTABLISHING PROBABLE CAUSE**

12.     On or about June 17, 2026, at approximately 5:21 p.m. Central Standard Time (CST), the FBI Houston Counter-UAS Task Force (CUTF) used UAS Remote Identification (RID) and Radio Frequency (RF) detection and mitigation equipment to locate a small UAS flying in the vicinity of 2827 Pease Street, Houston, Texas 77003. The Counter-UAS (C-UAS) equipment led to the interdiction of PROANO controlling a DJI Mini 2 SE drone, with Serial Number 1581F8PJA2458ML1T7P2 and Remote RID# 8QKXM3T00100AJ. The C-UAS equipment detected this drone in flight for approximately three minutes and reached an estimated altitude of 50 feet in altitude.   At approximately 5:21 p.m. CST, a small UAS was observed flying in the vicinity of 2827 Pease Street, Houston, Texas 77003, an area within the boundaries of TFR-NOTAM 6/6447. As a result, law enforcement including Affiant arrived at the location and observed a Hispanic Male standing on the opposite side of the street's sidewalk operating the UAS. This individual was identified as PROANO.

---

[1] This TFR, and other TFR's, were issued as part of a comprehensive security complement designed to protect and secure the events leading up to and including Houston, TX, hosting the 2026 FIFA World Cup. This particular TFR prohibited all UAS flight operations within a one Nautical Mile (NM) radius of 29°45'08.0"N 95°21'08.0"W and 1,000 foot (FT) surface to Above-Ground-Level (AGL). TFR NOTAM 6/6447 and other TFRs are published by the FAA and are publicly accessible via https://tfr.faa.gov prior to their respective start date.

13.     PROANO was interviewed by law enforcement. PROANO admitted he piloted the small UAS, identified as a DJI Mini 2 SE, bearing Serial Number 1581F8PJA2458ML1T7P2, which had violated the TFR. The purpose of PROANO's small UAS flight was to capture video/photos of the roof, as he was a roofing contractor. PROANO further admitted he did not possess a Remote Pilot Certificate (Title 14 Part 107), did not check for airspace restrictions, and did not obtain airspace authorization before flying the small UAS. PROANO's small UAS was not registered with FAA and did not have registration markings clearly visible on the small UAS itself. I further submit that this activity is inconsistent with the training associated with the FAA Remote Pilot Certificate program (Part 107) and/or TRUST Certificate program.

14.     Based on Affiant's observations and PROANO's own admissions, it is clear that PROANO flew the UAS in the TFR, with a flight path in the vicinity of 2827 Pease Street, Houston, Texas 77003, and that the flight lasted approximately three minutes operating within TFR NOTAM 6/6447.

## CONCLUSION

15.    Based on the foregoing facts, I respectfully submit there is probable cause to believe PROANO has violated Title 49, United States Code, Section 46307 by knowingly and willfully violating national defense airspace.

Respectfully Submitted,

Mario S. Aguilar, Special Agent
Federal Bureau of Investigation

Subscribed and sworn telephonically this  9th  day of July, 2026 and I hereby find probable cause.

HONORABLE RICHARD W. BENNETT
United States Magistrate Judge